UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No.: 17-10209-NMG |
| PHILLIP GOODWIN, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by and through Assistant United States Attorneys David J. D'Addio and Amy Harman Burkart, hereby files this joint motion to continue the sentencing of defendant Phillip Goodwin in order to allow additional time for the parties to potentially resolve a disputed sentencing issue.

As set forth in the plea agreement, the government takes the position that the infringement amount is more than $1.5 million (but not more than $3.5 million); the defendant reserved his right to argue that the infringement amount is lower than $1.5 million. The government is in the process of reviewing additional data and providing defense counsel with additional analysis that may obviate the need to litigate the issue at sentencing. The parties are actively discussing this open issue and therefore believe that a short continuance is appropriate. As defendant's counsel is scheduled to begin a murder trial in state court in late February, counsel respectfully respects a date after March 23, 2018.

*Motion allowed; sentencing is rescheduled for Thursday, March 29, 2018 at 3:00pm*

*/s/ Nathaniel M. Gorton, USDJ 2/8/18*